**FILED**

2009 SEP 14 PM 3:17

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### Western DIVISION

In the matter of:

**NICHOLAS CUSTOM HOMES LTD**

      Debtor.

Case No. 06-31171

Chapter 7

Judge RICHARD L. SPEER

**DIVIDENDS LESS THAN $5.00**

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has combined dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No 147 in the amount of $4.49..

The dividend relates to the following claimant:

| Claimant | Amount |
|---|---|
| Erie Shore Propane<br>2220 W McPherson Hwy<br>Fremont, OH 43420 | 110.91 |

/s/ BRUCE COMLY FRENCH
BRUCE COMLY FRENCH, Trustee
Reg. No. 0005298
PO BOX 839
LIMA, OH  45802-0839
Telephone:  (419) 222-9134
Facsimile:  (419) 222-9437